

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Anthony Autrie Johnson v. The State of Texas

Appellate case number:   01-19-00602-CR & 01-19-00603-CR

Trial court case number:  17-DCR-079282 & 17-DCR-079283

Trial court:                     434th District Court of Fort Bend County

The motion for rehearing is **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                            ☐ Acting individually     ☑ Acting for the Court

Panel consists of Justices Keyes, Kelly, and Landau.

Date: ___November 24, 2020_____